■ TERRY COLLINS, by CLINTON COLLINS, His Guardian ad Litem, Plaintiff, v. HENRY B. FRYE et al., Defendants. (Action No. 1.) ROBERT FLEISHER, Appellant, v. CLIFFORD TUTTLE et al., Respondents, et al., Defendants. (Action No. 2.) — MEMORANDUM BY THE COURT. Considering all relevant factors in this case, it is our opinion that the venue should be laid in Westchester County.

Order modified, on the law and the facts, and in the exercise of discretion, so as to direct trial of the consolidated action in Westchester County and, as so modified, affirmed, without costs. Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.